IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL HILL,

                ORDER

     Plaintiff,

                07-cv-286-bbc

  v.

UNITED STATES OF AMERICA,

     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  Plaintiff Michael Hill has filed a second motion for reconsideration regarding the dismissal of his case. In it, he argues that the case should be re-opened under Fed. R. Civ. P. 60(b) because he has discovered new evidence. However, the "evidence" plaintiff points to is just an alternative legal argument. For the reasons discussed in my June 11, 2008 order, any motion to reconsider based on a new legal theory must be denied as untimely.

ORDER

  IT IS ORDERED that plaintiff Michael Hill's second motion for reconsideration, dkt.

1

#19, is DENIED.

Entered this 25th day of June, 2008.

BY THE COURT:

*Barbara B. Crabb*

_____
BARBARA B. CRABB
District Judge